IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KELLI ALEXIS GIBBINS,                        §
                                             §
            Plaintiff,                       §
                                             §
v.                                           §                    1:25-CV-531-RP
                                             §
HOLOGIC, INC. and NOLAN GATEWOOD,            §
                                             §
            Defendants.                      §

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendants Hologic, Inc. and Nolan Gatewood's (together, "Defendants") Motions to Dismiss, (Dkts. 6, 8) (R. & R., Dkt. 27). Defendant Nolan Gatewood and Plaintiff Kelli Alexis Gibbins ("Plaintiff") each timely filed objections to the report and recommendation. (Objs., Dkts. 28, 29).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant Nolan Gatewood and Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules both parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 27), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Defendant Hologic, Inc.'s Motion to Dismiss, (Dkt. 6), is **GRANTED**. Plaintiff's claims against Defendant Hologic, Inc. are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Nolan Gatewood's Motion to Dismiss, (Dkt. 8), is **GRANTED IN PART AND DENIED IN PART**, specifically, Gatewood's Motion is granted as to Plaintiff's claims for negligence, gross negligence, IIED, and tortious interference, but denied as to Plaintiff's claims for assault and defamation. Plaintiff's claims against Defendant Nolan Gatewood for negligence, gross negligence, intentional infliction of emotional distress, and tortious interference are **DISMISSED** without prejudice.

**SIGNED** on February 2, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2